**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FARHI SAEED BIN MOHAMMED,** <u>**et**</u> <u>**al.**</u>**,** | : |
| | : |
| | : |
| **Petitioners,** | : |
| | : |
| **v.** | :     **Civil Action No. 05-1347 (GK)** |
| | : |
| **BARACK H. OBAMA,** <u>**et**</u> <u>**al.**</u>**,** | : |
| | : |
| **Respondents.** | : |

## <u>ORDER</u>

A Status Conference was held in this case on July 14, 2009, a portion of which was closed due to discussion of classified information.  Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that Motions for Judgment on the Record shall be submitted by **August 4, 2009,** and Responses shall be submitted by **August 25, 2009;** and it is further

**ORDERED,** that a Pre-Trial Conference shall be held on **August 20, 2009 at 2 p.m.;** and it is further

**ORDERED,** that a two-day hearing on the Motions shall commence on **September 3, 2009 at 10 a.m.**

|  | /s/ |
|---|---|
| July 14, 2009 | Gladys Kessler |
| | United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF